UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| **CREATIVE COMPOUNDS, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | State Cause No.: 09SO-CV-02650 |
| | ) | |
| v. | ) | Federal Cause No.: 1:10CV00025 |
| | ) | |
| **LOTT & FRIEDLAND, P.A.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT LOTT & FRIEDLAND, P.A.

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Lott & Friedland, P.A. states that it is a privately held corporation owned by its individual members, none of whom are corporations. Lott & Friedland, P.A. does not own any subsidiary corporations, either wholly or partially.

This, the 4th day of February, 2010.

Respectfully submitted,

BAKER STERCHI COWDEN & RICE LLC

/s/ Brent W. Baldwin
Brent Baldwin, #2553
Steven M. Wald, #66963
BAKER STERCHI COWDEN & RICE, LLC
1010 Market Street, Suite 950
Saint Louis, MO 63101
Phone: (314) 231-2925
Fax: (314) 231-4857
E-mail: baldwin@bscr-law.com
E-mail: wald@bscr-law.com
**Attorneys for Lott & Friedland, P.A.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this **4th** day of **February, 2010** the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties of record.

Matthew A. Rosenberg, Esq. #45670
LAW OFFICES OF MATTHEW ROSENBERG, L.L.C.
36 Four Seasons Ctr., #116
St. Louis, MO 63101
Phone: (314) 256-9699
Fax: (314) 786-0532

**ATTORNEY FOR PLAINTIFF**

/s/ Brent W. Baldwin
**ATTORNEY FOR DEFENDANT**
**LOTT & FRIEDLAND, P.A.**